UNITED STATES DISTRICT COURT          EASTERN DISTRICT OF TEXAS

JONATHAN CASTANEDA,                §
                                   §
          Plaintiff,               §
                                   §
*versus*                           §    CIVIL ACTION NO. 9:25-CV-63
                                   §
SR. WARDEN VILLALOBOS, *et al.*,   §
                                   §
          Defendants.              §

## MEMORANDUM ORDER ADOPTING THE
## MAGISTRATE JUDGE'S REPORT AND RECOMMENDATION

Plaintiff, Jonathan Castaneda, an inmate at the Michael Unit of the Texas Department of Criminal Justice, Correctional Institutions Division, proceeding *pro se* and *in forma pauperis*, filed this civil rights action pursuant to 42 U.S.C. § 1983 against numerous defendants.

The court referred this matter to the Honorable Zack Hawthorn, United States Magistrate Judge, for consideration pursuant to the applicable laws and orders of this court. On March 17, 2026, the magistrate judge recommended dismissing this case without prejudice for want of prosecution pursuant to Federal Rule of Civil Procedure 41(b) (#17). To date, Plaintiff has not filed objections to the report.

The court received and considered the Report and Recommendation of the United States Magistrate Judge pursuant to such referral, along with the record, pleadings and all available evidence. After careful review, the court finds that the findings of fact and conclusions of law of the United States Magistrate Judge are correct.

Accordingly, the Report and Recommendation of the United States Magistrate judge (#17) is **ADOPTED**. A Final Judgment will be entered in this case in accordance with the magistrate judge's recommendations.

SIGNED at Beaumont, Texas, this 21st day of May, 2026.

MARCIA A. CRONE
UNITED STATES DISTRICT JUDGE